# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

## CASE NO.:  1:19-cv-3030-CRC

TOM HUSSEY PHOTOGRAPHY, LLC,

      Plaintiff,

v.

WALKER'S LEGACY,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff TOM HUSSEY PHOTOGRAPHY, LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  March 23, 2020

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Tom Hussey Photography, LLC*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 23, 2020, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
Joel B. Rothman

## SERVICE LIST

Ms. Shavon Smith
SJS Law Firm
1775 I Street, NW
Suite 1150
Washington, DC 20006
sjsmith@sjslawfirm.com
Attorney for Walker's Legacy